

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-27980-PGH ADV: 15-01716-PGH

ARMANDO ADAMES RIVAS
a/k/a ARMANDO RIVAS,

    Plaintiff, / Debtor / Appellant

v.

THE BANK OF NEW YORK MELLON, et al.,

    Defendants. / Appellee
_____/

## MOTION FOR LEAVE TO APPEAL

Pursuant to 28 U.S.C. SECTION 158(A)(3) OR (D)

NOTICE IS GIVEN that the Plaintiff/ Debtor, ARMANDO ADAMES RIVAS, pursuant to Fed.R.Bankr.P.8002(a), hereby gives notice of his appeal to the District Court of Appeals from the Order of this Court, entitled "Order Granting Creditors Motion to Dismiss and order Sua Sponte dismissing Adverse Action" entered on December 16th, 2015, and rendered on December 16th, 2015. The nature of the orders are a final order.

Dated: December 16th, 2015

1. Debtor in this cases has determined that the presiding Judge erred and abused his Judicial powers in granting Creditor Motion to Dismiss with prejudice and has violated Debtor constitutional rights to the equal protection of the federal Bankruptcy laws under chapter 13 which are Granted By congress Not the Presiding Judge.

2. Debtor has also determined that the Presiding Judge erred and abused his Judicial powers by Granting creditor Sua Sponte a right for the adversary proceeding not to continue it's

due process course and open up more possibilities that irreparable harms be done against the debtor by the corrupted state court officials that are adverse parties to the debtor with a pending civil rights lawsuit pending and future lawsuits against all perpetrators of the criminal acts been committed against the deprivation of debtors constitutional rights.

3. The questions are as set forth below,

    A. Did the presiding judge erred in his judicial powers by Granting the creditors Motion to dismiss with prejudice for two years the case without him having absolutely no evidentiary hearing conducted on the matters and having no evidence that THE BANK OF NEW YORK MELLON has any legal rights to request such relief and simply deprive Debtor of his Rights and for no legal reasons Punish the debtor to a two year punishment of not being able to invoke the powers of the federal bankruptcy courts that are Granted as an entitlement to all americans not by his will, and deprive bluntly debtors constitutional rights and entitlement all to please the corrupted financial criminal THE BANK OF NEW YORK MELLON ET AL.

    B. Did the presiding Judge erred his judicial powers By granting an Order of Abstention without prejudice to stop the adversary proceeding lawsuit that was filed and docketed in federal bankruptcy court all with the sole purpose to deprive debtor of this constitutional rights and entitlement without conducting any evidentiary hearing on the matter further depriving debtors ENTITLEMENT to the equal protection of the laws and the federal bankruptcy code and the chapter 13 laws rules and regulations which Grant the debtor to litigate any matter that concerns his estate in his case, all this done maliciously to further harm debtors estate. Legal constitutional rights all to please THE BANK OF NEW YORK MELLON ET AL, criminal organizations.

C. The relief being sought is for these orders to be vacated and for the district court to issue any and all relief it sees just and proper accordingly to the law.

D. Leave to appeal should be Granted because the orders are nothing but an ACT of Judicial errors and Abuse of Power by the presiding judge and these orders did nothing but deprive debtor out of all his entitlement and protection under the federal bankruptcy laws and code and Not Granting this Appeal would only harm debtor further and be of further conspiracy against debtors guaranteed constitutional rights given by congress and the constitution and the laws.

Respectfully submitted,

_____
Armando Rivas
6568 Cobia Circle
Boynton Beach, Florida 33437
arivas@gmfgi.com
Direct Line: 561-734-9200
Direct Fax: 561-244-8875

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail CM/ECF or U.S. Mail this 16TH day of December, 2015, on the following:

**Jason Weber**
Attorney At Law

Sirote & Permutt, PC
200 East Broward Boulevard, Suite 900 | Fort Lauderdale, FL 33301
T: 954-828-1118 | F: 954-828-1101
jweber@sirote.com | www.sirote.com

Armando Rivas
6568 Cobia Circle
Boynton Beach, Florida 33437
arivas@gmfgi.com
Direct Line: 561-734-9200
Direct Fax: 561-244-8875